UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| GUN OWNERS OF AMERICA, INC., *et al.,* | ) | |
| | ) | |
| *Plaintiffs,* | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 22-1617 (DLF) |
| DEPARTMENT OF HOMELAND SECURITY, | ) | |
| | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

## JOINT STATUS REPORT

Pursuant to the Court's July 18, 2022 Order, Plaintiffs, Gun Owners of America and the Gun Owners Foundation, and Defendant, the United States Department of Homeland Security, by and through undersigned counsel, respectfully submit the following joint status report.

Defendant reports that its searches are ongoing in order to determine records responsive to Plaintiffs' Freedom of Information Act ("FOIA") request. As such, Defendant is unable to provide a total number of potentially responsive records or a potential timeline for production and endeavors to provide the number of responsive records by the next status report. Thus, the Parties respectfully propose submission of a joint status report apprising the Court as to the status of Defendant's efforts on or before September 7, 2022.

\*      \*      \*

Dated: July 27, 2022

Respectfully submitted,

*/s/ Stephen D. Stamboulieh*
Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS  38654
(601) 852-3440
stephen@sdslaw.us
DC District Court Bar# MS0009

Robert J. Olson
(D.C. Bar No. 1029318)
Jeremiah L. Morgan
(D.C. Bar No. 1012943)
William J. Olson
(D.C. Bar No. 233833)
William J. Olson, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA 22180-5615
703-356-5070 (telephone)
703-356-5085 (fax)
wjo@mindspring.com (e-mail)
*Counsel for Plaintiffs*


MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: */s/ Dedra S. Curteman*
DEDRA S. CURTEMAN, IL Bar #6279766
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-2550
dedra.curteman@usdoj.gov

*Counsel for Defendant*