UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC., *et al.*, ) <br> ) <br> *Plaintiffs,* ) <br> ) <br> v. ) <br> ) <br> DEPARTMENT OF HOMELAND ) <br> SECURITY, ) <br> ) <br> *Defendant.* ) <br> ) | Civil Action No. 22-1617 (DLF) |

**JOINT STATUS REPORT**

Pursuant to the Court's July 28, 2022 Order, Plaintiffs, Gun Owners of America, Inc. and Gun Owners Foundation, and Defendant, the United States Department of Homeland Security, by and through undersigned counsel, respectfully submit the following joint status report.

Defendant reports that its searches are ongoing in order to determine records responsive to Plaintiffs' Freedom of Information Act ("FOIA") request, and thus far has identified more than 5,000 pages of potentially responsive records. Defendant proposes engaging in discussions with Plaintiff regarding refinement of the request due to the number of potentially responsive records identified thus far and will keep the Court apprised of its progress.

Thus, the Parties respectfully propose submission of a joint status report apprising the Court as to the status of Defendant's efforts on or before November 4, 2022.

\*     \*     \*

Dated:  September 7, 2022

                Respectfully submitted,

                */s/ Stephen D. Stamboulieh*
                Stephen D. Stamboulieh
                Stamboulieh Law, PLLC
                P.O. Box 428
                Olive Branch, MS  38654
                (601) 852-3440
                stephen@sdslaw.us
                DC District Court Bar# MS0009

                Robert J. Olson
                (D.C. Bar No. 1029318)
                Jeremiah L. Morgan
                (D.C. Bar No. 1012943)
                William J. Olson
                (D.C. Bar No. 233833)
                William J. Olson, P.C.
                370 Maple Avenue West, Suite 4
                Vienna, VA 22180-5615
                703-356-5070 (telephone)
                703-356-5085 (fax)
                wjo@mindspring.com (e-mail)
                *Counsel for Plaintiffs*


                MATTHEW M. GRAVES, D.C. Bar #481052
                United States Attorney

                BRIAN P. HUDAK
                Chief, Civil Division

                By: */s/ Dedra S. Curteman*
                DEDRA S. CURTEMAN, IL Bar #6279766
                Assistant United States Attorney
                601 D Street, N.W.
                Washington, D.C. 20530
                Telephone: (202) 252-2550
                dedra.curteman@usdoj.gov

                *Counsel for Defendant*