UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GUN OWNERS OF AMERICA, INC., *et al.*, )<br>)<br>*Plaintiffs,*  )<br>)<br>v.  )<br>)<br>DEPARTMENT OF HOMELAND )<br>SECURITY,  )<br>)<br>*Defendant.*  )<br>) | Civil Action No. 22-1617 (DLF) |

**JOINT STATUS REPORT**

Pursuant to the Court's September 9, 2022 Order, Plaintiffs, Gun Owners of America and the Gun Owners Foundation, and Defendant, the United States Department of Homeland Security, by and through undersigned counsel, respectfully submit the following joint status report.

Defendant reports that its searches are ongoing in order to determine records responsive to Plaintiffs' Freedom of Information Act ("FOIA") request, and thus far has identified more than 5,000 pages of potentially responsive records. In the last report, Defendant proposed engaging in discussions with Plaintiff regarding refinement of the request due to the number of potentially responsive records thus identified. Since the Parties' last status report, the Parties have initiated a discussion regarding potential narrowing terms, but as of the time of this report, continue to discuss those terms. The Parties will continue to keep the Court apprised of their progress.

As such, the Parties respectfully propose submission of a joint status report apprising the Court as to the status of the Parties' efforts on or before January 3, 2023.

\*   \*   \*

Dated: October 31, 2022

        Respectfully submitted,

        */s/ Robert J. Olson*
        Robert J. Olson
        (D.C. Bar No. 1029318)
        Jeremiah L. Morgan
        (D.C. Bar No. 1012943)
        William J. Olson
        (D.C. Bar No. 233833)
        William J. Olson, P.C.
        370 Maple Avenue West, Suite 4
        Vienna, VA 22180-5615
        703-356-5070 (telephone)
        703-356-5085 (fax)
        wjo@mindspring.com (e-mail)

        Stephen D. Stamboulieh
        Stamboulieh Law, PLLC
        P.O. Box 428
        Olive Branch, MS  38654
        (601) 852-3440
        stephen@sdslaw.us
        DC District Court Bar# MS0009

        *Counsel for Plaintiffs*


        MATTHEW M. GRAVES, D.C. Bar #481052
        United States Attorney

        BRIAN P. HUDAK
        Chief, Civil Division

        By: */s/ Dedra S. Curteman*
        DEDRA S. CURTEMAN, IL Bar #6279766
        Assistant United States Attorney
        601 D Street, N.W.
        Washington, D.C. 20530
        Telephone: (202) 252-2550
        dedra.curteman@usdoj.gov

        *Counsel for Defendant*