UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| GUN OWNERS OF AMERICA, INC., *et al.*, | ) ) ) |  |
| *Plaintiffs,* | ) ) |  |
| v. | ) ) | Civil Action No. 22-1617 (DLF) |
| DEPARTMENT OF HOMELAND SECURITY, | ) ) ) ) |  |
| *Defendant.* | ) ) ) |  |

## JOINT STATUS REPORT

Pursuant to the Court's October 31, 2022 Order, Plaintiffs, Gun Owners of America and the Gun Owners Foundation, and Defendant, the United States Department of Homeland Security, by and through undersigned counsel, respectfully submit the following joint status report.

Defendant reports that it has thus far has identified more than 5,000 pages of potentially responsive records to Plaintiffs' Freedom of Information Act ("FOIA") request. Since the last report, the Parties have determined a narrowed date range and search terms in order to limit the scope of potentially responsive records. After applying the dates and search terms and further review of the search results, Defendant has identified approximately 1,852 potentially responsive pages in addition to records that were already processed and released for other similar FOIA requests. Defendant will endeavor to provide Plaintiff with records that were already processed and released that are also responsive to Plaintiff's request by January 20, 2023. In addition, Defendant will commence review of the 1,852 potentially responsive pages at a rate of 350 pages per month and will endeavor to provide a further interim response on or before February 15, 2023.

Any pages previously produced will be marked as duplicates.  The Parties will continue to keep the Court apprised of their progress.

As such, the Parties respectfully propose submission of a joint status report apprising the Court as to the status of the Parties' efforts on or before March 6, 2023.

Dated: January 3, 2023

                Respectfully submitted,

                */s/ Stephen D. Stamboulieh*
                Stephen D. Stamboulieh
                Stamboulieh Law, PLLC
                P.O. Box 428
                Olive Branch, MS  38654
                (601) 852-3440
                stephen@sdslaw.us
                DC District Court Bar# MS0009

                Robert J. Olson
                (D.C. Bar No. 1029318)
                Jeremiah L. Morgan
                (D.C. Bar No. 1012943)
                William J. Olson
                (D.C. Bar No. 233833)
                William J. Olson, P.C.
                370 Maple Avenue West, Suite 4
                Vienna, VA 22180-5615
                703-356-5070 (telephone)
                703-356-5085 (fax)
                wjo@mindspring.com (e-mail)

                *Counsel for Plaintiffs*

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: */s/ Dedra S. Curteman*
DEDRA S. CURTEMAN, IL Bar #6279766
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-2550
dedra.curteman@usdoj.gov

*Counsel for Defendant*