UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC., *et al.*, )<br>)<br>*Plaintiffs,* )<br>)<br>v. )<br>)<br>DEPARTMENT OF HOMELAND )<br>SECURITY, )<br>)<br>*Defendant.* )<br>) | Civil Action No. 22-1617 (DLF) |

**JOINT STATUS REPORT**

Pursuant to the Court's January 3, 2023, Order, Plaintiffs, Gun Owners of America and the Gun Owners Foundation, and Defendant, the United States Department of Homeland Security, by and through undersigned counsel, respectfully submit the following joint status report.

On January 20, 2023, Defendant sent Plaintiff an interim response of 184 pages with previously processed and released records that are also responsive to Plaintiff's request. Defendant expects to provide an additional set of processed and released records responsive to Plaintiff's request by March 10, 2023. DHS is continuing to review additional potentially responsive pages at a rate of 350 pages per month and will make monthly productions of responsive, non-exempt records.

As such, the Parties respectfully propose submission of a joint status report apprising the Court as to the status of the Parties' efforts on or before June 5, 2023.

\*   \*   \*

Dated:  March 6, 2023

          Respectfully submitted,

          */s/ Stephen D. Stamboulieh*
          Stephen D. Stamboulieh
          Stamboulieh Law, PLLC
          P.O. Box 428
          Olive Branch, MS  38654
          (601) 852-3440
          stephen@sdslaw.us
          DC District Court Bar# MS0009

          Robert J. Olson
          (D.C. Bar No. 1029318)
          Jeremiah L. Morgan
          (D.C. Bar No. 1012943)
          William J. Olson
          (D.C. Bar No. 233833)
          William J. Olson, P.C.
          370 Maple Avenue West, Suite 4
          Vienna, VA 22180-5615
          703-356-5070 (telephone)
          703-356-5085 (fax)
          wjo@mindspring.com (e-mail)

          *Counsel for Plaintiffs*


          MATTHEW M. GRAVES, D.C. Bar #481052
          United States Attorney

          BRIAN P. HUDAK
          Chief, Civil Division

          By: */s/ Dedra S. Curteman*
          DEDRA S. CURTEMAN, IL Bar #6279766
          Assistant United States Attorney
          601 D Street, N.W.
          Washington, D.C. 20530
          Telephone: (202) 252-2550
          dedra.curteman@usdoj.gov

          *Counsel for Defendant*