UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GUN OWNERS OF AMERICA, INC., *et al.*, ) <br> ) <br> *Plaintiffs*, ) <br> ) <br> v. ) <br> ) <br> DEPARTMENT OF HOMELAND ) <br> SECURITY, ) <br> ) <br> *Defendant*. ) <br> ) | Civil Action No. 22-1617 (DLF) |

## JOINT STATUS REPORT

Pursuant to the Court's March 7, 2023, Order, Plaintiffs, Gun Owners of America and the Gun Owners Foundation, and Defendant, the United States Department of Homeland Security, by and through undersigned counsel, respectfully submit the following joint status report.

On January 20, 2023, March 21, 2023, and May 31, 2023, DHS released 184, 78, and 1,205 pages of records, respectively. These records were processed and released pursuant to the instant FOIA litigation, and all relate to the Disinformation Governance Board. On June 1, 2023, DHS sent an interim response to Plaintiffs. For the June interim response, DHS reviewed 377 pages, of which 155 pages were withheld in full and 84 pages were withheld in part, pursuant to Exemptions 5, 6, and 7E of the FOIA. In addition, 47 pages were reviewed and determined to be non-responsive, and 84 pages were determined to be duplicates. Finally, for the June 2023 interim production, 28 pages require further consultation within DHS or with other government agencies.

DHS has completed a preliminary review of an additional 769 pages, will continue to review the remaining pages, and will endeavor to make an additional release of records by July 7, 2023.

As such, the Parties respectfully propose submission of a joint status report apprising the Court as to the status of the Parties' efforts on or before September 5, 2023.

Dated: June 5, 2023

Respectfully submitted,

*/s/ Stephen D. Stamboulieh*
Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS  38654
(601) 852-3440
stephen@sdslaw.us
DC District Court Bar# MS0009

Robert J. Olson
(D.C. Bar No. 1029318)
Jeremiah L. Morgan
(D.C. Bar No. 1012943)
William J. Olson
(D.C. Bar No. 233833)
William J. Olson, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA 22180-5615
703-356-5070 (telephone)
703-356-5085 (fax)
wjo@mindspring.com (e-mail)

*Counsel for Plaintiffs*

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: */s/ Dedra S. Curteman*
DEDRA S. CURTEMAN, IL Bar #6279766
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-2550
dedra.curteman@usdoj.gov

*Counsel for Defendant*