UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC., *et al.*, )<br>)<br>*Plaintiffs,* )<br>)<br>v. )<br>)<br>DEPARTMENT OF HOMELAND )<br>SECURITY, )<br>)<br>*Defendant.* )<br>) | Civil Action No. 22-1617 (DLF) |

## JOINT STATUS REPORT

Pursuant to the Court's June 5, 2023, Order, Plaintiffs, Gun Owners of America and the Gun Owners Foundation, and Defendant, the United States Department of Homeland Security, by and through undersigned counsel, respectfully submit the following joint status report.

Defendant's Position

On January 20, 2023; March 21, 2023; May 31, 2023; and September 1, 2023 DHS released 184, 78, 1,205, and 162 pages of records, respectively. These records were processed and released pursuant to related FOIA litigation, and all relate to the Disinformation Governance Board. On June 1, 2023, DHS sent an interim response to Plaintiffs that released 245 pages. In addition, DHS has completed preliminary review of all pages retrieved for the instant case and removed duplicates of records already provided to Plaintiff. DHS endeavors to make its second interim production by September 15, 2023. After this release, there will remain records that require additional consultation.

Plaintiffs' Position

Although Defendant has made a number of productions in this case, it was only Defendant's June 1, 2023 production that appeared to have included documents that were actually processed and produced as part of *this* FOIA request. With regard to the other productions, it appears that Defendant merely has simply regurgitated documents that were already processed and produced pursuant to *other* FOIA requests and/or litigation of a similar nature. Indeed, Defendant's six other productions appear to bear *other* case numbers as a bates label, and none is specific to *this* FOIA. Plaintiffs' position is that Defendant should review a minimum of the "350 pages per month" stated in the parties' prior Joint Status Report (ECF# 14), and produce nonexempt responsive records, rather than double counting productions already made in other FOIAs as a way to satisfy Defendant's obligation to produce records in this case.

Defendant's Response

Previously, Plaintiffs' counsel has inquired concerning the productions made in this matter and the overlap of responsive material with other cases. Defendant answered the bulk of Plaintiffs' questions via email sent today. To this end, Defendant is processing all responsive, non-exempt records, although not all responsive records have been provided to Plaintiff and there is considerable overlap between productions in other cases and the present. As such, Defendant is producing records as soon as the records become available. Further, per the Parties' January Joint Status Report, ECF No. 14, Defendant continues to process responsive, non-exempt information at a rate of 350 pages per month.

The Parties respectfully propose submission of a joint status report apprising the Court as to the status of the Parties' efforts on or before November 6, 2023.

Dated: September 5, 2023

Respectfully submitted,

*/s/ Stephen D. Stamboulieh*
Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS  38654
(601) 852-3440
stephen@sdslaw.us
DC District Court Bar# MS0009

Robert J. Olson
(D.C. Bar No. 1029318)
Jeremiah L. Morgan
(D.C. Bar No. 1012943)
William J. Olson
(D.C. Bar No. 233833)
William J. Olson, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA 22180-5615
703-356-5070 (telephone)
703-356-5085 (fax)
wjo@mindspring.com (e-mail)

*Counsel for Plaintiffs*

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: */s/ Dedra S. Curteman*
DEDRA S. CURTEMAN, IL Bar #6279766
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-2550
dedra.curteman@usdoj.gov

*Counsel for Defendant*