UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC., *et al.*, ) <br> ) <br> *Plaintiffs,* ) <br> ) <br> v. ) <br> ) <br> DEPARTMENT OF HOMELAND ) <br> SECURITY, ) <br> ) <br> *Defendant.* ) <br> ) | Civil Action No. 22-1617 (DLF) |

## JOINT STATUS REPORT

Pursuant to the Court's January 5, 2024, Order, Plaintiffs, Gun Owners of America and the Gun Owners Foundation, and Defendant, the United States Department of Homeland Security, by and through undersigned counsel, respectfully submit the following joint status report.

On February 8, 2024, DHS sent an interim response to Plaintiffs. For this release, DHS conducted a re-review of 362 pages previously flagged as requiring consultation. Of the 362 pages, 35 pages were withheld in part pursuant to FOIA exemptions (b)(5) and (b)(6), six pages were non-responsive, and 321 pages require additional consultation.

There remain approximately 287 pages previously flagged as requiring consultation that require re-review. DHS continues to review 300 pages per month until review is complete. Once review is complete, DHS will work to resolve any outstanding records sent to other DHS components and/or agencies outside of DHS's control and will release non-exempt, responsive records that are returned from consultation as they become available.

The Parties respectfully propose submission of a joint status report apprising the Court as to the status of the Parties' efforts on or before May 6, 2024.

Dated: March 5, 2024                    Respectfully submitted,

*/s/ Stephen D. Stamboulieh*
Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS  38654
(601) 852-3440
stephen@sdslaw.us
DC District Court Bar# MS0009

Robert J. Olson
(D.C. Bar No. 1029318)
Jeremiah L. Morgan
(D.C. Bar No. 1012943)
William J. Olson
(D.C. Bar No. 233833)
William J. Olson, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA 22180-5615
703-356-5070 (telephone)
703-356-5085 (fax)
wjo@mindspring.com (e-mail)

*Counsel for Plaintiffs*

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: */s/ Dedra S. Curteman*
DEDRA S. CURTEMAN, D.C. Bar # 90021492
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-2550
dedra.curteman@usdoj.gov

*Counsel for the United States of America*