UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC., *et al.*, )<br><br>*Plaintiffs,* )<br><br>v. )<br><br>DEPARTMENT OF HOMELAND SECURITY, )<br><br>*Defendant.* ) | Civil Action No. 22-1617 (DLF) |

## **JOINT STATUS REPORT**

Pursuant to the Court's March 5, 2024, Order, Plaintiffs, Gun Owners of America and the Gun Owners Foundation, and Defendant, the United States Department of Homeland Security, by and through undersigned counsel, respectfully submit the following joint status report.

There remain approximately (i) 287 pages previously flagged as requiring consultation that require re-review, and (ii) 333 consultation pages, which includes 12 consultation pages from the January interim production and 321 consultation pages from the February interim production. With respect to the 287 pages, Defendant anticipates making an interim production of responsive, non-exempt records by May 31, 2024. In addition, Defendant has received back 321 consultation pages and anticipates making a release of non-exempt, responsive pages by June 28, 2024. Defendant continues to release non-exempt, responsive consultation records as they are returned.

The Parties respectfully propose submission of a joint status report apprising the Court as to the status of the Parties' efforts on or before July 8, 2024.

Dated: May 6, 2024

Respectfully submitted,

*/s/ Stephen D. Stamboulieh*
Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS  38654
(601) 852-3440
stephen@sdslaw.us
DC District Court Bar# MS0009

Robert J. Olson
(D.C. Bar No. 1029318)
Jeremiah L. Morgan
(D.C. Bar No. 1012943)
William J. Olson
(D.C. Bar No. 233833)
William J. Olson, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA 22180-5615
703-356-5070 (telephone)
703-356-5085 (fax)
wjo@mindspring.com (e-mail)

*Counsel for Plaintiffs*

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: */s/ Dedra S. Curteman*
DEDRA S. CURTEMAN, D.C. Bar # 90021492
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-2550
dedra.curteman@usdoj.gov

*Counsel for the United States of America*