UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC., *et al.*, ) <br> ) <br> *Plaintiffs,* ) <br> ) <br> v. ) <br> ) <br> DEPARTMENT OF HOMELAND ) <br> SECURITY, ) <br> ) <br> *Defendant.* ) <br> ) | Civil Action No. 22-1617 (DLF) |

**JOINT STATUS REPORT**

Pursuant to the Court's May 6, 2024, Order, Plaintiffs, Gun Owners of America and the Gun Owners Foundation, and Defendant, the United States Department of Homeland Security, by and through undersigned counsel, respectfully submit the following joint status report.

On May 30, 2024, Defendant sent Plaintiff an interim response. For that production, Defendant re-reviewed the 287 pages as mentioned in the last JSR and withheld, in part, 114 pages. In addition, it referred 170 pages to other agencies or DHS components for consultation. Defendant received back 321 consultation pages and made an interim release of non-exempt, responsive pages on June 28, 2024. There remain 182 consultation pages, which include 12 consultation pages from the January interim production and 170 pages from the May interim production. Defendant continues to release non-exempt, responsive consultation records as they are returned.

The Parties respectfully propose submission of a joint status report apprising the Court as to the status of the Parties' efforts on or before September 6, 2024.

| | |
|---|---|
| Dated: July 8, 2024 | Respectfully submitted, |

                                          */s/ Stephen D. Stamboulieh*
                                        Stephen D. Stamboulieh
Stambouliehr Law, PLLC
P.O. Box 428
Olive Branch, MS 38654
(601) 852-3440
stephen@sdslaw.us
DC District Court Bar# MS0009

Robert J. Olson
(D.C. Bar No. 1029318)
Jeremiah L. Morgan
(D.C. Bar No. 1012943)
William J. Olson
(D.C. Bar No. 233833)
William J. Olson, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA 22180-5615
703-356-5070 (telephone)
703-356-5085 (fax)
wjo@mindspring.com (e-mail)

*Counsel for Plaintiffs*

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: */s/ Dedra S. Curteman*
DEDRA S. CURTEMAN, D.C. Bar # 90021492
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-2550
dedra.curteman@usdoj.gov

*Counsel for the United States of America*