UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC., *et al.,*     **)** | |
| **)** | |
| *Plaintiffs,*     **)** | |
| **)** | |
| v.     **)** | Civil Action No. 22-1617 (DLF) |
| **)** | |
| DEPARTMENT OF HOMELAND SECURITY,     **)** | |
| **)** | |
| *Defendant.*     **)** | |

**JOINT STATUS REPORT**

Plaintiffs, Gun Owners of America and the Gun Owners Foundation, and Defendant, the United States Department of Homeland Security, by and through undersigned counsel, respectfully submit the following joint status report pursuant to the Court's January 15, 2025, Minute Order.

DHS has completed its production of responsive, non-exempt information in this matter.  On January 10, 2025, Plaintiffs identified specific pages for which they have requested DHS prepare a draft *Vaughn* index as to Defendant's withholding of information.  DHS is currently in the process of drafting a *Vaughn* index and will produce the draft index to Plaintiffs once completed, though the timing of completion of the draft *Vaughn* is unknown as of this filing.

The Parties respectfully propose submission of a joint status report apprising the Court as to the status of the Parties' efforts on or before July 14, 2025.

Dated: April 30, 2025

Respectfully submitted,

*/s/ Stephen D. Stamboulieh*
Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS  38654
(601) 852-3440
stephen@sdslaw.us
DC District Court Bar# MS0009

Robert J. Olson
(D.C. Bar No. 1029318)
Jeremiah L. Morgan
(D.C. Bar No. 1012943)
William J. Olson
(D.C. Bar No. 233833)
William J. Olson, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA 22180-5615
703-356-5070 (telephone)
703-356-5085 (fax)
rob@wjopc.com (e-mail)

*Counsel for Plaintiffs*

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

By: _____*/s/ Dedra S. Curteman*_____
     DEDRA S. CURTEMAN,
       D.C. Bar #90021492
     Assistant United States Attorney
     601 D Street, NW
     Washington, DC 20530
     (202) 252-2550

*Attorneys for the United States of America*