UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC., *et al.*, ) | |
| ) | |
| *Plaintiffs,* ) | |
| ) | |
| v. ) | Civil Action No. 22-1617 (DLF) |
| ) | |
| DEPARTMENT OF HOMELAND ) | |
| SECURITY, ) | |
| ) | |
| *Defendant.* ) | |

**JOINT STATUS REPORT**

Plaintiffs, Gun Owners of America and the Gun Owners Foundation, and Defendant, the United States Department of Homeland Security ("DHS"), by and through undersigned counsel, respectfully submit the following joint status report pursuant to the Court's April 30, 2025, Minute Order.

DHS has completed its production of responsive, non-exempt information in this matter. DHS continues the process of drafting a *Vaughn* index, inclusive of several hundred records, and will produce the draft index to Plaintiffs once completed. DHS anticipates completing a first draft of the *Vaughn* index within the next 60 days, though the actual timeline for completion may change.

The Parties respectfully propose submission of a joint status report apprising the Court as to the status of the Parties' efforts on or before September 12, 2025.

Dated: July 14, 2025     Respectfully submitted,

*/s/ Stephen D. Stamboulieh*
Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS  38654
(601) 852-3440
stephen@sdslaw.us
DC District Court Bar# MS0009

Robert J. Olson
(D.C. Bar No. 1029318)
Jeremiah L. Morgan
(D.C. Bar No. 1012943)
William J. Olson
(D.C. Bar No. 233833)
William J. Olson, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA 22180-5615
703-356-5070 (telephone)
703-356-5085 (fax)
rob@wjopc.com (e-mail)

*Counsel for Plaintiffs*

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Derrick A. Petit*
Derrick A. Petit, D.C. Bar # 144466
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-7269
Derrick.Petit@usdoj.gov

*Attorneys for the United States of America*