UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC., *et al.*, )<br>)<br>*Plaintiffs*, )<br>)<br>v. )<br>)<br>DEPARTMENT OF HOMELAND )<br>SECURITY, )<br>)<br>*Defendant.* )<br>) | Civil Action No. 22-1617 (DLF) |

**JOINT STATUS REPORT**

Plaintiffs, Gun Owners of America and the Gun Owners Foundation, and Defendant, the United States Department of Homeland Security ("DHS"), by and through undersigned counsel, respectfully submit the following joint status report pursuant to the Court's July 15, 2025, Minute Order.

DHS has completed its production of responsive, non-exempt information in this matter. Since completing its productions, DHS had been processing a limited Vaughn index related to several hundred records specifically noted by Plaintiff. Unfortunately, the DHS staff member who was working on the *Vaughn* Index left the DHS component responsible for the Index several weeks ago, and DHS is finding that the *Vaughn* Index still requires a considerable amount of work. DHS informed Plaintiff of this issue on August 27, 2025.

The Index has been reassigned to a new staff member, who is working through the remaining portions of the index as promptly as possible. DHS anticipates completing a first draft of the *Vaughn* Index within the next sixty days, and the actual timeline for completion may change due to personnel shortages.

The Parties respectfully propose submission of a joint status report apprising the Court as to the status of the Parties' efforts on or before November 11, 2025.

Dated: September 12, 2025                                    Respectfully submitted,

*/s/ Stephen D. Stamboulieh*
Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS  38654
(601) 852-3440
stephen@sdslaw.us
DC District Court Bar# MS0009

Robert J. Olson
(D.C. Bar No. 1029318)
Jeremiah L. Morgan
(D.C. Bar No. 1012943)
William J. Olson
(D.C. Bar No. 233833)
William J. Olson, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA 22180-5615
703-356-5070 (telephone)
703-356-5085 (fax)
rob@wjopc.com (e-mail)

*Counsel for Plaintiffs*

JEANINE FERRIS PIRRO
United States Attorney


By: */s/ Derrick A. Petit*
Derrick A. Petit, D.C. Bar # 144466
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-7269
Derrick.Petit@usdoj.gov

*Attorneys for the United States of America*