UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC., *et al.*,      ) <br>      ) <br> *Plaintiffs,*      ) <br>      ) <br> v.      ) <br>      ) <br> DEPARTMENT OF HOMELAND      ) <br> SECURITY,      ) <br>      ) <br> *Defendant.*      ) | Civil Action No. 22-1617 (DLF) |

## JOINT STATUS REPORT

Plaintiffs, Gun Owners of America and the Gun Owners Foundation, and Defendant, the United States Department of Homeland Security ("DHS"), by and through undersigned counsel, respectfully submit the following joint status report pursuant to the Court's January 5, 2026, Minute Order.

DHS has produced 32 records in full, 941 records in part, and asserted exemptions (b)(5), (b)(6), (b)(7)(c), and (b)(7)(e). In view of these productions, DHS has completed its production of responsive, non-exempt information in this matter.

In response to follow-up from Plaintiff, Defendants have agreed to provide a Vaughn Index. Since the last JSR, DHS has continued to search for two sets of missing translucent record productions which were made on June 01, 2023 and September 18, 2023. The translucent records were lost during the transition from FOIA processing software "FOIA Express" to "Secure Release," which is the software now utilized by DHS. The Privacy office has been diligently searching through thousands of pages of records trying to identify the record sets produced. The current DHS funding lapse has now halted these efforts due to the furlough of most staff within

the Privacy office.  Once there is an end to the current DHS partial shutdown, the Privacy office

will resume its search and Vaughn creation efforts.  The Privacy office will provide an update by

the next JSR due date.

The Parties respectfully propose submission of a joint status report apprising the Court as

to the status of the Parties' efforts on or before May 5, 2026.

Dated:  March 6, 2026                 Respectfully submitted,

*/s/ Stephen D. Stamboulieh*
Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS  38654
(601) 852-3440
stephen@sdslaw.us
DC District Court Bar# MS0009

Robert J. Olson
(D.C. Bar No. 1029318)
Jeremiah L. Morgan
(D.C. Bar No. 1012943)
William J. Olson
(D.C. Bar No. 233833)
William J. Olson, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA 22180-5615
703-356-5070 (telephone)
703-356-5085 (fax)
rob@wjopc.com (e-mail)

*Counsel for Plaintiffs*

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Derrick A. Petit*
Derrick A. Petit, D.C. Bar # 144466
Assistant United States Attorney
601 D Street, NW

Washington, DC 20530
(202) 252-7269
Derrick.Petit@usdoj.gov

*Attorneys for the United States of America*