UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| GUN OWNERS OF AMERICA, INC., *et al.,*<br><br>*Plaintiffs,*<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY,<br><br>*Defendant.* | **)**<br>**)**<br>**)**<br>**)**<br>**)**<br>**)**<br>**)**<br>**)**<br>**)**<br>**)**<br>**)**<br>**)** | Civil Action No. 22-1617 (DLF) |

## **JOINT STATUS REPORT**

Plaintiffs, Gun Owners of America and the Gun Owners Foundation, and Defendant, the United States Department of Homeland Security ("DHS"), by and through undersigned counsel, respectfully submit the following joint status report pursuant to the Court's March 6, 2026, Minute Order.

DHS has produced 32 records in full, 941 records in part, and asserted exemptions (b)(5), (b)(6), (b)(7)(c), and (b)(7)(e).  In view of these productions, DHS has completed its production of responsive, non-exempt information in this matter.

As previously reported, Defendants have agreed to voluntarily provide a Vaughn Index.  To complete the index, DHS still needs to find two sets of missing translucent record productions which were made on June 01, 2023, and September 18, 2023.  These translucent records were lost during the transition from FOIA processing software "FOIA Express" to "Secure Release," which is the software now utilized by DHS.  The Privacy office is conducting a search through thousands of pages of records in an attempt to identify the record sets produced.  The 76-day DHS funding lapse halted these efforts as most of the staff within the Privacy office was furloughed, and FOIA

work was not excepted.  Congress restored funding on April 30, 2026, and DHS will continue to work on this matter as expeditiously as possible.  As it works through the backlog, the Privacy office will provide an update by the next JSR due date.

The Parties respectfully propose submission of a joint status report apprising the Court as to the status of the Parties' efforts on or before July 8, 2026.

Dated: May 5, 2026                                   Respectfully submitted,

*/s/ Stephen D. Stamboulieh*
Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS  38654
(601) 852-3440
stephen@sdslaw.us
DC District Court Bar# MS0009

Robert J. Olson
(D.C. Bar No. 1029318)
Jeremiah L. Morgan
(D.C. Bar No. 1012943)
William J. Olson
(D.C. Bar No. 233833)
William J. Olson, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA 22180-5615
703-356-5070 (telephone)
703-356-5085 (fax)
rob@wjopc.com (e-mail)

*Counsel for Plaintiffs*

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Derrick A. Petit*
Derrick A. Petit, D.C. Bar # 144466
Assistant United States Attorney
601 D Street, NW

Washington, DC 20530
(202) 252-7269
Derrick.Petit@usdoj.gov

*Attorneys for the United States of America*