UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| GUN OWNERS OF AMERICA, INC., *et al.,* | **)** | |
| | **)** | |
| *Plaintiffs,* | **)** | |
| | **)** | |
| v. | **)** | Civil Action No. 22-1617 (DLF) |
| | **)** | |
| DEPARTMENT OF HOMELAND SECURITY, | **)** | |
| | **)** | |
| *Defendant.* | **)** | |
| | **)** | |

## JOINT STATUS REPORT

Plaintiffs, Gun Owners of America and the Gun Owners Foundation, and Defendant, the United States Department of Homeland Security ("DHS"), by and through undersigned counsel, respectfully submit the following joint status report pursuant to the Court's May 5, 2026, Minute Order.

As previously reported, DHS has produced 32 records in full, 941 records in part, and asserted exemptions (b)(5), (b)(6), (b)(7)(c), and (b)(7)(e).  In view of these productions, DHS has completed its production of responsive, non-exempt information in this matter.  On June 29, 2026, Plaintiff provided a proposal for resolving this matter, which Defendant requires time to review before taking a position.

The Parties respectfully propose submission of a joint status report apprising the Court as to the status of this matter on or before September 15, 2026, if a stipulation of dismissal has not been filed before that date.

Dated: July 8, 2026

Respectfully submitted,

*/s/ Stephen D. Stamboulieh*
Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS  38654
(601) 852-3440
stephen@sdslaw.us
DC District Court Bar# MS0009

Robert J. Olson
(D.C. Bar No. 1029318)
Jeremiah L. Morgan
(D.C. Bar No. 1012943)
William J. Olson
(D.C. Bar No. 233833)
William J. Olson, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA 22180-5615
703-356-5070 (telephone)
703-356-5085 (fax)
rob@wjopc.com (e-mail)

*Counsel for Plaintiffs*

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Jeremy S. Simon*
Jeremy S. Simon, D.C. Bar #447956
Derrick A. Petit, D.C. Bar # 144466
Assistant United States Attorneys
601 D Street, NW
Washington, DC 20530
(202) 252-2528
(202) 252-7269
Jeremy.Simon@usdoj.gov
Derrick.Petit@usdoj.gov

*Attorneys for the United States of America*