UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC., *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY,<br><br>*Defendant.* | Civil Action No. 22-1617 (DLF) |

**JOINT STATUS REPORT**

Plaintiffs, Gun Owners of America and the Gun Owners Foundation, and Defendant, the United States Department of Homeland Security ("DHS"), by and through undersigned counsel, respectfully submit the following joint status report pursuant to the Court's July 8, 2026, Minute Order.

As previously reported, DHS has completed its production of responsive, non-exempt information in this matter and, on June 29, 2026, Plaintiff provided a proposal for resolving this matter. Since the filing of the last status report, Defendant responded to Plaintiff's settlement proposal with a counter-proposal and, on September 7, 2026, Plaintiff provided its position on that counter-proposal. Defendant is preparing a response which it expects to provide shortly to Plaintiff.

In light of the above, the Parties respectfully propose submission of a joint status report apprising the Court as to the status of this matter on or before October 29, 2026, if a stipulation of dismissal has not been filed before that date.

Dated: September 15, 2026

Respectfully submitted,

*/s/ Robert J. Olson*
Robert J. Olson
(D.C. Bar No. 1029318)
Jeremiah L. Morgan
(D.C. Bar No. 1012943)
William J. Olson
(D.C. Bar No. 233833)
William J. Olson, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA 22180-5615
703-356-5070 (telephone)
703-356-5085 (fax)
rob@wjopc.com (e-mail)

*Counsel for Plaintiffs*

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Jeremy S. Simon*
Jeremy S. Simon, D.C. Bar #447956
Derrick A. Petit, D.C. Bar # 144466
Assistant United States Attorneys
601 D Street, NW
Washington, DC 20530
(202) 252-2528
(202) 252-7269
Jeremy.Simon@usdoj.gov
Derrick.Petit@usdoj.gov

*Attorneys for the United States of America*