UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC., *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY,<br><br>*Defendant.* | Civil Action No. 22-1617 (DLF) |

**<u>STIPULATION OF DISMISSAL</u>**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter.

October 23, 2026

<u>/s/ Robert J. Olson</u>
Robert J. Olson, D.C. Bar 1029318
William J. Olson, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA 22180-5615
703-356-5070
wjo@mindspring.com

*Counsel for Plaintiffs*

JEANINE FERRIS PIRRO
United States Attorney

*<u>/s/ Derrick A. Petit</u>*
Derrick A. Petit, D.C. Bar 144466
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-1729
Derrick.Petit@usdoj.gov

*Attorneys for the United States of America*